**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**ANTONIO HOLLINGSWORTH**                                          **PETITIONER**

v.                                                                                     **No. 2:08CV51-P-A**

**STATE OF MISSISSIPPI, ET AL.**                                      **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, or in the alternative, for failure to exhaust state remedies.

**SO ORDERED,** this the 9th day of April, 2009.

                                                                    /s/ W. Allen Pepper, Jr.
                                                                    W. ALLEN PEPPER, JR.
                                                                    UNITED STATES DISTRICT JUDGE